THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. T. W. CHU, Doing Business, etc., Appellant. (No. 1725.) — Judgment reversed, information dismissed and defendant discharged. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. T. W. CHU, Doing Business, etc., Appellant. (No. 1781.) — Judgment reversed, information dismissed and defendant discharged. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

KATE KUTCENS, as Special Guardian, etc., of ALICE KUTCENS, a Minor, Respondent, v. THE SOVEREIGN CAMP OF THE WOODMEN OF THE WORLD, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

MARY PHELPS HYLAND, an Infant, etc., Respondent, v. MORTIMER COBB and HELEN COBB, Appellants.— Judgment and order affirmed, with costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.; Dowling, P. J., and Martin, J., dissent. No opinion.

In the Matter of the Controversy between GRINNELL LITHOGRAPHIC COMPANY, INC., Appellant, and H. H. BUTLER STORES, INC., Respondent.— Orders reversed, with costs and disbursements, and motion to vacate award denied, and motion to confirm award granted, with twenty-five dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

ERNEST F. KAISER, Respondent, v. WALTER J. BERBECKER, Appellant, Impleaded, etc.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

In the Matter of the Application of DAVID BURD, Petitioner, against GROVER A. WHALEN, as Police Commissioner of the City of New York, Respondent.— Order of certiorari dismissed and determination in all things confirmed, with fifty dollars costs and disbursements to respondent. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

WILLIAM H. SIEGMAN, Respondent, v. EMIL ORNSTEIN, Appellant.— Order affirmed, with ten dollars costs and disbursements to respondent. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of RUTHENIAN GREEK CATHOLIC CHURCH OF ST. GEORGE, NEW YORK CITY, Respondent. JOHN BUKEL and Others, Appellants.— The appellants are entitled to have the new election held pursuant to an order of the court. They are not entitled to any of the other relief which they seek. Order reversed, without costs, and motion granted to the extent indicated. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

WALTER W. MOYER and Others, Appellants, v. AMERICAN SAFETY TABLE CO., INC., and Another, Respondents, Impleaded, etc.— As the default of the defendants' trial counsel was willful and deliberate, the order is modified by increasing the terms imposed to the sum of $900, and also by requiring the filing of an undertaking to secure the payment of any judgment obtained herein, and as so modified affirmed, with ten dollars costs and disbursements to the appellants. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ARNOLD & COMPANY, Appellant, v. FRED FRIEDEBERG, Respondent.— Order